UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 32308
    LESLIE E VANCE
    GRACIE E VANCE                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-3128    SSN XXX-XX-3568

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/31/04 and confirmed on 11/05/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  32328.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRUNDY COUNTY NATL BANK | CURRENT MORTG | .00 | .00 | .00 |
| GRUNDY COUNTY NATL BANK | SECURED | .00 | .00 | .00 |
| BANK ONE | SECURED VEHIC | 12825.00 | 1356.88 | 12825.00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 8925.00 | 946.03 | 8925.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11023.88 | .00 | 1728.41 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2600.58 | .00 | 407.74 |
| FIRST EXPRESS | UNSECURED | 518.08 | .00 | 81.23 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1197.35 | .00 | 187.73 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | 6619.60 | .00 | 1037.87 |
| BANK ONE | UNSECURED | 9594.53 | .00 | 1504.30 |

                 Summary of disbursements:
--------------------------------------------------------------------------------
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21750.00 | .00 | 31554.02 | .00 | 53304.02 |
| PRINCIPAL PAID | 21750.00 | .00 | 4947.28 | .00 | 26697.28 |
| INTEREST PAID | 2302.91 | .00 | .00 | .00 | 2302.91 |
| TOTAL PAID | 24052.91 | .00 | 4947.28 | .00 | 29000.19 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY                , was allowed $  2200.00
and was paid $   200.00  direct and $   2000.00  through the plan.

The Trustee received $   1327.81 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/14/07                    /S/
                        GLENN STEARNS
                        CHAPTER 13 TRUSTEE